253 So.2d 214

## STATE FARM FIRE AND CASUALTY COMPANY

v.

## CITIES SERVICE OIL COMPANY.

### No. 51736.

### Oct. 18, 1971.

In re: State Farm Fire and Casualty Company applying for Certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 251 So.2d 201.

Application denied; the judgment is correct.

253 So.2d 215

### Solomon LEWIS et al.

v.

### Roseller De JEAN.

### No. 51737.

### Oct. 18, 1971.

In re: Solomon Lewis, Jasper Lewis, Ezola Lewis, Richard and Gaspard Lewis

applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Allen. 251 So.2d 124.

Application denied. On the facts found by the Court of Appeal, there is no error of law in its judgment.